IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| JOSEPH AND KAREN SOMERVLLE, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| | | Civil Action No.: PJM-19-490 |
| WEST TOWN BANK & TRUST, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT WEST TOWN BANK & TRUST'S MOTION TO DISMISS

Defendant West Town Bank & Trust ("West Town"), through its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Class Action Complaint and Demand for Jury Trial filed by Plaintiffs Joseph and Karen Somerville, David and Jamie McCranie, Randolph Whitley, Dale and Deborah Wessell, Gilman and Kathleen Hoffman, and Mark and Susan Kline (collectively, "Plaintiffs"). As explained in the accompanying Memorandum of Law, which us incorporated herein by reference, Plaintiffs' claims against West Town should be dismissed because they are either time-barred or otherwise fail to state a plausible claim for relief.

WHEREFORE, Defendant West Town Bank & Trust a/k/a West Town Savings Bank respectfully requests that Plaintiffs' Class Action Complaint and Demand for Jury Trial be dismissed with prejudice. A proposed Order is attached for the Court's consideration.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

/s/
Brian L. Moffet (Fed Bar No. 13821)
Ranak K. Jasani (Fed. Bar No. 27383)
Michael B. Brown (Fed. Bar No. 19641)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
410-727-6464
bmoffet@milesstockbridge.com
rjasani@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Defendant*
*West Town Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify, this 28th day of May, that I served copies of the foregoing Motion to Dismiss, accompanying Memorandum of Law and proposed Order via this Court's CM/ECF system to counsel of record for the parties.

/s/
Brian L. Moffet