# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| JOSEPH AND KAREN SOMERVLLE, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| | Civil Action No.: PJM-19-490 |
| WEST TOWN BANK & TRUST, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Dismiss filed by Defendant West Town Bank & Trust a/k/a West Town Savings Bank and any opposition filed thereto, IT IS THIS ____ day of _____, 2019, **HEREBY ORDERED** that the motion is **GRANTED**, and that the Class Action Complaint and Demand for Jury Trial filed by Plaintiffs be and is hereby dismissed, with prejudice, for failure to state a claim upon which relief can be granted.

_____
The Honorable Peter J. Messitte
United States District Court for the District of Maryland