IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH AND KAREN SOMERVLLE, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: PJM-19-490 |
| WEST TOWN BANK & TRUST, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT NOTICE OF CLASS ACTION SETTLEMENT AND
REQUEST FOR REFERRAL TO MAGISTRATE FOR APPROVAL PROCEEDINGS**

Plaintiffs Joseph and Karen Somerville, et al., and Defendant West Town Bank & Trust (collectively, "the Parties"), through their respective counsel, jointly file this Joint Notice of Class Action Settlement and Request for Referral to a Magistrate for Approval Proceedings, and in support thereof state:

1. The Parties have reached an agreement in settlement of all claims on a class wide basis alleged in Plaintiffs' Class Action Complaint and Demand for Jury Trial filed on February 19, 2019, ECF No. 1.

2. Plaintiffs plan to file their Motion for Preliminary Approval of Class Action Settlement by September 8, 2022.

3. The Parties request referral to a U.S. Magistrate Judge Timothy Sullivan for approval proceedings pursuant to Rule 23. Judge Sullivan managed the settlement conference out of which the Parties' settlement agreement arose and has knowledge of the facts and issues relevant to approval of the settlement under the approval process provided for in Rule 23.

4. The Parties attach a Notice, Consent and Reference of a Dispositive Motion to a Magistrate Judge.

A Proposed Order is attached.

Dated: August 26, 2022

                                                Respectfully submitted,

_____/s/_____            _____/s/_____
Timothy F. Maloney, Esq. #03381        Brian L. Moffet
Veronica B. Nannis, Esq. #15679        Miles & Stockbridge, P.C.
Joseph, Greenwald & Laake              100 Light Street
6404 Ivy Lane, Suite 400                 Baltimore, MD 21202
Greenbelt, Maryland 20770             410-385-3656
(301) 220-2200 / (301) 220-1214 (fax)  Email: bmoffet@milesstockbridge.com
Email: tmaloney@jgllaw.com          *Counsel for Defendant*
Email: vnannis@jgllaw.com
*Co-Counsel for Plaintiff*

_____/s/_____
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
Email: menglish@sgs-law.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 26th day of August, 2022, I served copies of the foregoing Joint Notice of Settlement and Request for Referral to Magistrate for Approval Proceedings via this Court's CM/ECF system to counsel of record for the parties.

_____/s/_____
Melissa L. English, Esq, #19864